# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2008

136935

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KELISHA FORD, Personal Representative
of the Estate of WILLIAM FORD,
        Plaintiff-Appellee,

v

SECURECARE, INC., NURSE JANET PING,
CARRIE ENGEL, LPN, DON BELLMAN,
R.N., NURSE KIM REID,
        Defendants-Appellants,

and

NURSE CRYSTAL WILSON,
        Defendant.
_____/

SC: 136935
COA: 266272
Washtenaw CC: 05-000477-NH

On order of the Court, the application for leave to appeal the April 17, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals and we REMAND this case to the Washtenaw Circuit Court for entry of an order granting defendants' motion for summary disposition with prejudice in light of *Mullins v St. Joseph Mercy Hosp*, 480 Mich 948 (2007), and *Washington v Sinai Hosp of Greater Detroit*, 478 Mich 412 (2007) (holding that a successor personal representative is barred by res judicata from filing a subsequent complaint when the first was dismissed on statute of limitations grounds).

      We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2008 _____

d1119                                            Clerk